# TALENTHUB WORLDWIDE INC.

010163

| EMPLOYEE NAME | | WEEK ENDING | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | | 6/17/2018 | 6/22/2018 |

| DESCRIPTION | HOURS / UNITS | RATE | AMOUNT |
|---|---|---|---|
| Reg Pa 06/17 | 37.50 | $19.00 | $712.50 |

COMMENTS

---

Talenthub World Wide Inc.
420 East 42nd Street Suite 409B New York NY 10017

| EMPLOYEE NAME | NUMBER | PAID THROUGH | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | 10163 | 6/17/2018 | 6/22/2018 |
| | | SSN ###-##-1545 | |

| HOURS | | GROSS EARNINGS | | NET PAY |
|---|---|---|---|---|
| REGULAR | OVERTIME | OVERTIME | TO DATE | |
| $712.50 | 0.00 | $0.00 | $712.50 | $615.31 |
| TOTAL | | | THIS CHECK | |
| 37.50 | | | $712.50 | |

## TALENTHUB WORLDWIDE INC.

010163

| | FED. W/H | F.I.C.A. | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | $0.00 | $44.18 | $20.89 | $0.60 | $20.29 M 7 |
| TAXES TO DATE | $0.00 | $44.18 | $20.89 | $0.60 | $20.29 M 7 |

| OTHER EARNINGS | OTHER DEDUCTIONS | OTHER DEDUCTIONS |
|---|---|---|
| | | |

TALENTHUB WORLDWIDE INC.

010183

| EMPLOYEE NAME | | WEEK ENDING | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | | 6/24/2018 | 6/29/2018 |

| DESCRIPTION | HOURS / UNITS | RATE | AMOUNT |
|---|---|---|---|
| Reg Pa 06/24 | 28.75 | $19.00 | $546.25 |

COMMENTS

| HOURS | | |
|---|---|---|
| TOTAL | REGULAR | OVERTIME |
| 28.75 | $546.25 | 0.00 |

---

Talenthub World Wide Inc.
220 East 42nd Street Suite 409B New York NY 10017

010183

| EMPLOYEE NAME | NUMBER | PAID THROUGH | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | 10183 | 6/24/2018 | 6/29/2018 |
| | | SSN ###-##-1545 | |

| GROSS EARNINGS | | | |
|---|---|---|---|
| REGULAR | OVERTIME | TO DATE | THIS CHECK | NET PAY |
| $546.25 | $0.00 | $1,258.75 | $546.25 | $478.62 |

| | FED. W/H | F.I.C.A. | STATE W/H | S.U.I. | CITY W/H | |
|---|---|---|---|---|---|---|
| TAXES THIS PERIOD | $0.00 | $33.87 | $11.08 | $0.60 | $13.47 | M 7 |
| TAXES TO DATE | $0.00 | $78.05 | $31.97 | $1.20 | $33.76 | M 7 |

| OTHER EARNINGS | OTHER DEDUCTIONS | OTHER DEDUCTIONS |
|---|---|---|
| | | |

TALENTHUB WORLDWIDE INC.

Case 5:18-bk-03570-JJT    Doc 18    Filed 09/17/18    Entered 09/17/18 10:54:51    Desc
Main Document    Page 2 of 5



# TALENTHUB WORLDWIDE INC.

**010209**

| EMPLOYEE NAME | WEEK ENDING | CHECK DATE |
|---|---|---|
| CHENELL N JOSEPH | 7/1/2018 | 7/6/2018 |

| DESCRIPTION | HOURS / UNITS | RATE | AMOUNT |
|---|---|---|---|
| Reg Pa 07/01 | 33.25 | $19.00 | $631.75 |

| HOURS | | | |
|---|---|---|---|
| REGULAR | OVERTIME | | |
| $631.75 | 0.00 | | |

COMMENTS

Talenthub World Wide Inc.
220 East 42nd Street Suite 409B New York NY 10017

---

## TALENTHUB WORLDWIDE INC.

**010209**

| EMPLOYEE NAME | NUMBER | PAID THROUGH | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | 10209 | 7/1/2018 | 7/6/2018 |

SSN ##-##-1545

| GROSS EARNINGS | | | NET PAY |
|---|---|---|---|
| REGULAR | OVERTIME | TO DATE | |
| $631.75 | $0.00 | $1,890.50 | $549.01 |

| | THIS CHECK |
|---|---|
| | $631.75 |

| FED. W/H | F.I.C.A. | STATE W/H | S.U.I. | CITY W/H | | |
|---|---|---|---|---|---|---|
| $0.00 | $39.17 | $16.08 | $0.60 | $16.93 | M | 7 |
| $0.00 | $117.22 | $48.05 | $1.80 | $50.69 | M | 7 |

TAXES THIS PERIOD
TAXES TO DATE

OTHER EARNINGS | OTHER DEDUCTIONS | OTHER DEDUCTIONS

| TOTAL | |
|---|---|
| 33.25 | |

TALENTHUB WORLDWIDE INC.

010233

| EMPLOYEE NAME | | WEEK ENDING | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | | 7/8/2018 | 7/13/2018 |

| HOURS / UNITS | RATE | AMOUNT | DESCRIPTION | HOURS / UNITS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 22.50 | $19.00 | $427.50 | Reg Pa 07/08 | | | |

COMMENTS

Talenthub World Wide Inc.
220 East 42nd Street Suite 409B New York NY 10017

010233

| EMPLOYEE NAME | NUMBER | PAID THROUGH | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | 10233 | 7/8/2018 | 7/13/2018 |

SSN ###-##-1545

| GROSS EARNINGS | | | | NET PAY |
|---|---|---|---|---|
| REGULAR | OVERTIME | TO DATE | THIS CHECK | $379.27 |
| $427.50 | $0.00 | $2,318.00 | $427.50 | |

| HOURS | | | |
|---|---|---|---|
| | OVERTIME | | |
| | 0.00 | | |
| TOTAL | | | |
| 22.50 | | | |

| FED. W/H | F.I.C.A. | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|
| $0.00 | $26.51 | $5.60 | $0.60 | $8.78 | M 7
| $0.00 | $143.73 | $53.65 | $2.40 | $59.47 | M 7

TALENTHUB WORLDWIDE INC.

| TAXES THIS PERIOD | OTHER DEDUCTIONS | OTHER DEDUCTIONS |
|---|---|---|
| TAXES TO DATE | | |
| OTHER EARNINGS | | |

# TALENTHUB WORLDWIDE INC.

010256

| EMPLOYEE NAME | WEEK ENDING | CHECK DATE |
|---|---|---|
| CHENELL N JOSEPH | 7/15/2018 | 7/20/2018 |

| HOURS / UNITS | RATE | AMOUNT | DESCRIPTION | HOURS / UNITS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 13.00 | $19.00 | $247.00 | | | | |

DESCRIPTION: Reg Pa 07/15

COMMENTS

| HOURS | | | GROSS EARNINGS | | |
|---|---|---|---|---|---|
| REGULAR | OVERTIME | TOTAL | REGULAR | OVERTIME | |
| 13.00 | 0.00 | 13.00 | $247.00 | $0.00 | |

Talenthub World Wide Inc.
220 East 42nd Street Suite 409B New York NY 10017

## TALENTHUB WORLDWIDE INC.

010256

| EMPLOYEE NAME | NUMBER | PAID THROUGH | CHECK DATE |
|---|---|---|---|
| CHENELL N JOSEPH | 10256 | 7/15/2018 | 7/20/2018 |

SSN ###-##-1545

| GROSS EARNINGS | | | NET PAY |
|---|---|---|---|
| THIS CHECK | TO DATE | | $224.30 |
| $247.00 | $2,565.00 | | |

| | FED. W/H | F.I.C.A. | STATE W/H | S.U.I. | CITY W/H | | |
|---|---|---|---|---|---|---|---|
| TAXES THIS PERIOD | $0.00 | $15.31 | $0.00 | $0.60 | $2.90 | M 7 | |
| TAXES TO DATE | $0.00 | $159.04 | $53.65 | $3.00 | $62.37 | M 7 | |

OTHER DEDUCTIONS

OTHER DEDUCTIONS

OTHER EARNINGS

Case 5:18-bk-03570-JJT    Doc 18    Filed 09/17/18    Entered 09/17/18 10:54:51    Desc
Main Document    Page 5 of 5