In re:                                                                                    Case No. 18-03570-JJT
Chenell Nyree Ragin                                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5              User: KADavis              Page 1 of 1              Date Rcvd: Oct 04, 2018
                                 Form ID: ntcnfhrg          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
```
db          +Chenell Nyree Ragin,    715 Franklin Ct,    East Stroudsburg, Pa 18302-6673
5111419     +Blue Ridge Communications,    PO Box 316,   Palmerton, PA 18071-0316
5100515     +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
5100516     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
5100517     +Country Club of the Poconos,    1445 Big Ridge Dr,    East Stroudsburg, PA 18302-6786
5100519      First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5100520     +Geico,    5260 Western Avenue,    Chevy Chase, MD 20815-3799
5100521     +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
5100522     +Middle Smithfield Township,    147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5111428      New York State Taxation & Finance Department,    Harriman Campus Rd,    Albany, NY 12226
5100523     +Pennsylvania Department of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
5100524     +Reliant Capital,    670 Cross Pointe Rd,    Columbus, OH 43230-6862
5100526     +Usd/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
5100527     +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5100518     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 04 2018 19:13:14      Credit One Bank,
              585 S. Pilot Street,    Las Vegas, NV 89119-3619
5109010      E-mail/PDF: cbp@onemainfinancial.com Oct 04 2018 19:12:24     ONEMAIN,   PO BOX 3251,
              EVANSVILLE, IN. 47731-3251
5111429      E-mail/Text: Joanna.Johnson@pennfoster.edu Oct 04 2018 19:08:30      Penn Foster,   925 Oak St,
              Scranton, PA 18515
5104604      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 19:08:42
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                    TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5100525      Tolls By Mail,    PO Box 15183
5111432      Tolls By Mail,    PO Box 15183
5111420*    +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
5111421*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
5111422*    +Country Club of the Poconos,    1445 Big Ridge Dr,    East Stroudsburg, PA 18302-6786
5111423*    +Credit One Bank,    585 S. Pilot Street,    Las Vegas, NV 89119-3619
5111424*     First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5111425*    +Geico,    5260 Western Avenue,    Chevy Chase, MD 20815-3799
5111426*    +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
5111427*    +Middle Smithfield Township,    147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5111430*    +Pennsylvania Department of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
5111431*    +Reliant Capital,    670 Cross Pointe Rd,    Columbus, OH 43230-6862
5111433*    +Usd/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
5111434*    +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                          TOTALS: 2, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 1 Chenell Nyree Ragin patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Chenell Nyree Ragin, | Chapter | 13 |
| dba Ragin's Corporate Cleaning, fka Chenell Joseph, | | |
| **Debtor 1** | Case No. | 5:18–bk–03570–JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 30, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 6, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 4, 2018 |

ntcnfhrg (03/18)