```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03570-RNO
Chenell Nyree Ragin                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: KADavis          Page 1 of 1              Date Rcvd: Mar 22, 2019
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
        MS DELORES RAGIN,   250 FRANKLIN COURT,   EAST STROUDSBURG, PA  18301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
      Gregory David Malaska   on behalf of Creditor   CCP PROPERTY OWNERS ASSOCIATION SOUTH
       gmalaska@eastpennlaw.com
      James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Patrick James Best   on behalf of Debtor 1 Chenell Nyree Ragin patrick@armlawyers.com,
       kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chenell Nyree Ragin fka Chenell Joseph dba Ragin's Corporate Cleaning<br><br>_Debtor_ | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>_Movant_<br>vs. | NO. 18-bk-03570 RNO |
| Chenell Nyree Ragin fka Chenell Joseph dba Ragin's Corporate Cleaning<br>Delores Ragin<br>_Respondents_ | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III<br>_Additional Respondent_ | |

**ORDER**

Upon consideration of the stipulation( docket 39), it is hereby ORDERED that the Stipulation is approved.

Dated: March 22, 2019    By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (RR)