IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: CHENELL NYREE RAGIN : No: 18-BK-03570-RNO
: Chapter 13
:
Debtor. :
:

## MOTION TO WITHDRAW DUPLICATIVE CLAIM

Movant, CCP PROPERTY OWNERS ASSOCIATION SOUTH, hereby moves this Honorable Court to allow Movant to withdraw its previously filed Claim #8, and in support thereof, avers as follows:

1. Movant field its initial claim (Claim 8-1) on December 5, 2018.

2. Movant subsequently filed an amended claim (Claim 9-1) on January 21, 2019.

3. Per this motion, movant seeks to withdraw Claim 8-1 as duplicative.

WHEREFORE, Movant, CCP PROPERTY OWNERS ASSOCIATION SOUTH, respectfully requests that the Court enter an order allowing the Movant to withdraw its Claim 8-1.

YOUNG & HAROS, LLC

Date: 5/8/19

_____
GREGORY D. MALASKA, ESQ.
Attorney I.D. No. 85524
802 Main St.
Stroudsburg PA 18360-1602
(570) 424-9800

Attorney for CCP Property Owners Association South