UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHENELL NYREE RAGIN
         AKA: FKA CHENELL NYREE JOSEPH  DBA:
         RAGIN'S CORPORATE CLEANING

                Debtor(s)
                                                      CHAPTER 13
         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                Movant                                CASE NO: 5-18-03570-RNO

vs.

         CHENELL NYREE RAGIN
         AKA: FKA CHENELL NYREE JOSEPH  DBA:
         RAGIN'S CORPORATE CLEANING

                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 19, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                        Respectfully submitted,

                                        s/   Charles J. DeHart, III
                                        Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CHENELL NYREE RAGIN
            AKA: FKA CHENELL NYREE JOSEPH
            DBA: RAGIN'S CORPORATE CLEANING     CHAPTER 13

                    Debtor(s)

CHARLES J. DEHART, III                    CASE NO: 5-18-03570-RNO
CHAPTER 13 TRUSTEE
               Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**            **HEARING:**
August 21, 2019 at 9:00 am                August 21, 2019 at 09:30 AM
U.S. Bankruptcy Court                     U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse           Max Rosenn U.S. Courthouse
197 S. Main Street                          197 S. Main Street
Wilkes Barre, PA                           Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

     **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3381.24**
     **AMOUNT DUE FOR THIS MONTH: $1690.62**
  **TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $5071.86**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

     If **submitting payment by U.S. First Class Mail** mail to**:**
         **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                        Charles J. DeHart, III, Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        Phone: (717) 566-6097

Dated: July 19, 2019

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHENELL NYREE RAGIN
AKA: FKA CHENELL NYREE
JOSEPH DBA: RAGIN'S
CORPORATE CLEANING

CHAPTER 13

Debtor(s)

CASE NO: 5-18-03570-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 19, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PATRICK J BEST, ESQUIRE<br>ANDERS RIEGEL & MASINGTON<br>18 N 8TH STREET<br>STROUDSBURG, PA 18360- | Served electronically |
| CHENELL NYREE RAGIN<br>715 FRANKLIN CT<br>EAST STROUDSBURG, PA 18302 | Served by 1st Class Mail |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 19, 2019

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHENELL NYREE RAGIN
AKA: FKA CHENELL NYREE
JOSEPH
DBA: RAGIN'S CORPORATE
CLEANING

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-03570-RNO

vs.

CHENELL NYREE RAGIN
AKA: FKA CHENELL NYREE
JOSEPH
DBA: RAGIN'S CORPORATE
CLEANING

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.