```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                      Case No. 18-03570-RNO
Chenell Nyree Ragin                                                         Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis                 Page 1 of 2                  Date Rcvd: Aug 22, 2019
                              Form ID: ordsmiss             Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
```
db            +Chenell Nyree Ragin,    715 Franklin Ct,    East Stroudsburg, Pa 18302-6673
cr            +CCP PROPERTY OWNERS ASSOCIATION SOUTH,     C/O Gregory D. Malaska, Esq.,     Young & Haros, LLC,
               802 Main St.,    Stroudsburg, PA 18360-1602
cr            +Township of Middle Smithfield,    147 Municipal Drive,    East Stroudsburg, PA  18302,
               UNITED STATES 18302-9519
5128341       +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
               Anaheim, CA 92806-5948
5111419       +Blue Ridge Communications,    PO Box 316,    Palmerton, PA 18071-0316
5138202       +CCP PROPERTY OWNERS ASSOCIATION SOUTH,     c/o Young & Haros, LLC,    802 Main St.,
               Stroudsburg, PA 18360-1602
5100515       +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
5100517       +Country Club of the Poconos,    1445 Big Ridge Dr,    East Stroudsburg, PA 18302-6786
5100520       +Geico,   5260 Western Avenue,    Chevy Chase, MD 20815-3799
5165034       +Michael Gaul,    KingSpry,   One West Broad Street, Suite 700,    Bethlehem, PA 18018-5716
5100522       +Middle Smithfield Township,    147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5111428        New York State Taxation & Finance Department,    Harriman Campus Rd,    Albany, NY 12226
5100523       +Pennsylvania Department of Revenue,     PO Box 281041,    Harrisburg, PA 17128-1041
5100524       +Reliant Capital,    670 Cross Pointe Rd,    Columbus, OH 43230-6862
5165035       +Township of Middle Smithfield,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5126397        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
               MADISON WI 53708-8973
5100526       +Usd/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5100516       +EDI: CITICORP.COM Aug 22 2019 23:18:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
5100518       +EDI: RCSFNBMARIN.COM Aug 22 2019 23:18:00      Credit One Bank,    585 S. Pilot Street,
               Las Vegas, NV 89119-3619
5100519        EDI: AMINFOFP.COM Aug 22 2019 23:18:00      First Premier Bank,    PO Box 5524,
               Sioux Falls, SD 57117-5524
5100521       +EDI: IIC9.COM Aug 22 2019 23:18:00      I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
5109010        EDI: AGFINANCE.COM Aug 22 2019 23:18:00      ONEMAIN,    PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
5111429        E-mail/Text: Joanna.Johnson@pennfoster.edu Aug 22 2019 19:21:19      Penn Foster,    925 Oak St,
               Scranton, PA 18515
5118043       +EDI: RESURGENT.COM Aug 22 2019 23:18:00      PYOD, LLC its successors and assigns as assignee,
               of Capital One, F.S.B.,    Resurgent Capital Services,    PO Box 19008,
               Greenville, SC 29602-9008
5104604        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2019 19:21:31
               Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
5118417       +EDI: JEFFERSONCAP.COM Aug 22 2019 23:18:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
5124512        EDI: AIS.COM Aug 22 2019 23:18:00      Verizon,    by American InfoSource as agent,
               PO Box 248838,    Oklahoma City, OK  73124-8838
5100527       +EDI: WFFC.COM Aug 22 2019 23:18:00      Wells Fargo Bank,    Po Box 14517,
               Des Moines, IA 50306-3517
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5100525        Tolls By Mail,    PO Box 15183
5111432        Tolls By Mail,    PO Box 15183
5111420*      +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
5111421*      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
5111422*      +Country Club of the Poconos,    1445 Big Ridge Dr,    East Stroudsburg, PA 18302-6786
5111423*      +Credit One Bank,    585 S. Pilot Street,    Las Vegas, NV 89119-3619
5111424*       First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5111425*      +Geico,   5260 Western Avenue,    Chevy Chase, MD 20815-3799
5111426*       I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
5111427*      +Middle Smithfield Township,    147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5111430*      +Pennsylvania Department of Revenue,     PO Box 281041,    Harrisburg, PA 17128-1041
5111431*      +Reliant Capital,    670 Cross Pointe Rd,    Columbus, OH 43230-6862
5111433*      +Usd/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
5111434*      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                                   TOTALS: 2, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Gregory David Malaska    on behalf of Creditor    CCP PROPERTY OWNERS ASSOCIATION SOUTH
          gmalaska@eastpennlaw.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Michael A Gaul    on behalf of Creditor    Township of Middle Smithfield mag@kingspry.com,
          robin@kingspry.com
         Patrick James Best    on behalf of Debtor 1 Chenell Nyree Ragin patrick@armlawyers.com,
          kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                 TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Chenell Nyree Ragin,<br>dba Ragin's Corporate Cleaning, fka Chenell Joseph, | Chapter  13 |
| **Debtor 1** | Case No.  5:18−bk−03570−RNO |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 22, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)